# vizient.

Vizient, Inc.    290 E John Carpenter Fwy Irving, TX 75062    (972) 830-8660
Tierney Humbles    500 Singleton Blvd Apt 2366 Dallas, TX 75212

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Tierney Humbles | Vizient, Inc. | | 57590 | 05/01/2026 | 05/15/2026 | 05/15/2026 | |

| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 2,945.98 | 428.45 | 415.67 | 54.98 | 2,046.88 |
| YTD | | 33,241.14 | 3,470.35 | 5,882.57 | 484.78 | 23,403.44 |

| Earnings (Rates are established by employer) | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| *GTL | 05/01/2026 - 05/15/2026 | 0 | 0 | 2.76 | 21.18 | OASDI | 165.39 | 1,905.54 |
| *GTL | | | 0 | | 2.61 | Medicare | 38.68 | 445.65 |
| STIP | | | 0 | | 7,735.17 | Federal Withholding | 211.60 | 3,531.38 |
| Floating Holiday | 05/01/2026 - 05/15/2026 | 8 | 33.9908 | 271.93 | 271.93 | | | |
| Holiday | | | 0 | | 262.74 | | | |
| PTO | | | 0 | | 1,186.92 | | | |
| Reg Pay | 05/01/2026 - 05/15/2026 | 78.67 | 33.9908 | 2,674.05 | 22,542.33 | | | |
| STI -80% | | | 0 | | 1,242.05 | | | |
| Earnings (Rates are established by employer) | | | | 2,948.74 | 33,264.93 | Employee Taxes | 415.67 | 5,882.57 |

| Pre Tax Deductions | | | | Post Tax Deductions | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| 401k | 147.30 | 940.00 | | Accident | 5.99 | 53.91 |
| Dental | 12.76 | 114.84 | | CAP | 14.30 | 128.70 |
| Med-HSA | 158.00 | 1,422.00 | | Hosp Indemnity | 5.23 | 47.07 |
| Medical | 104.89 | 944.01 | | Roth | 29.46 | 255.10 |
| Vision | 5.50 | 49.50 | | | | |
| Pre Tax Deductions | 428.45 | 3,470.35 | | Post Tax Deductions | 54.98 | 484.78 |

| Employer Paid Benefits | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| 401k-ER | 106.06 | 717.06 | | OASDI - Taxable Wages | 2,667.59 | 30,734.58 |
| AD/D ER | 0.71 | 6.25 | | Medicare - Taxable Wages | 2,667.59 | 30,734.58 |
| BasLifeR | 4.33 | 37.92 | | Federal Withholding - Taxable Wages | 2,520.29 | 29,794.58 |
| DenMetER | 15.14 | 136.26 | | | | |
| HSA ER | | 300.00 | | | | |
| Medical ER | 384.23 | 3,458.07 | | | | |
| Employer Paid Benefits | 510.47 | 4,655.56 | | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Paid Time Off | 8.3334 | 0 | 58.6696 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Aspiration | Aspiration Checking/Spend Account | ******7770 | | 1,023.44    USD |
| Chime | Chime ******6225 | ******6225 | | 511.72    USD |
| Details Not Displayed | | | 511.72 | |

**vizient.**

Vizient, Inc. 290 E John Carpenter Fwy Irving, TX 75062 (972) 830-8660
Tierney Humbles 500 Singleton Blvd Apt 2366 Dallas, TX 75212

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tierney Humbles | Vizient, Inc. | 57590 | 05/16/2026 | 05/31/2026 | 05/29/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,945.98 | 428.45 | 415.67 | 54.98 | 2,046.88 |
| YTD | 36,258.20 | 3,898.80 | 6,319.32 | 589.76 | 25,450.32 |

| Earnings (Rates are established by employer) | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| *GTL | 05/16/2026 - 05/31/2026 | 0 | 0 | 2.76 | 23.94 | OASDI | 165.39 | 2,075.34 |
| *GTL | | | 0 | | 2.61 | Medicare | 38.68 | 485.36 |
| STIP | | | 0 | | 7,735.17 | Federal Withholding | 211.60 | 3,758.62 |
| Floating Holiday | | | 0 | | 271.93 | | | |
| Holiday | 05/16/2026 - 05/31/2026 | 8 | 33.9908 | 271.93 | 534.67 | | | |
| PTO | 05/16/2026 - 05/31/2026 | 48 | 33.9908 | 1,631.56 | 2,818.48 | | | |
| AwrdTxbl | | | 0 | | 71.08 | | | |
| Reg Pay | 05/16/2026 - 05/31/2026 | 30.67 | 33.9908 | 1,042.49 | 23,584.82 | | | |
| STI -80% | | | 0 | | 1,242.05 | | | |
| Earnings (Rates are established by employer) | | | | 2,948.74 | 36,284.75 | Employee Taxes | 415.67 | 6,319.32 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k | 147.30 | 1,087.30 | Accident | 5.99 | 59.90 |
| Dental | 12.76 | 127.60 | CAP | 14.30 | 143.00 |
| Med-HSA | 158.00 | 1,580.00 | Hosp Indemnity | 5.23 | 52.30 |
| Medical | 104.89 | 1,048.90 | Offset - Prizes & Awards - Taxable - DPAWOFF | | 50.00 |
| Vision | 5.50 | 55.00 | Roth | 29.46 | 284.56 |
| Pre Tax Deductions | 428.45 | 3,898.80 | Post Tax Deductions | 54.98 | 589.76 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k-ER | 106.06 | 823.12 | OASDI - Taxable Wages | 2,667.59 | 33,473.25 |
| AD/D ER | 0.71 | 6.96 | Medicare - Taxable Wages | 2,667.59 | 33,473.25 |
| BasLifeR | 4.33 | 42.25 | Federal Withholding - Taxable Wages | 2,520.29 | 32,385.95 |
| DenMetER | 15.14 | 151.40 | | | |
| HSA ER | | 300.00 | | | |
| Medical ER | 384.23 | 3,842.30 | | | |
| Employer Paid Benefits | 510.47 | 5,166.03 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Paid Time Off | 8.3334 | 48 | 19.003 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Aspiration | Aspiration Checking/Spend Account | ******7770 | | 1,023.44 | USD |
| Chime | Chime ******6225 | ******6225 | | 511.72 | USD |
| Details Not Displayed | | | 511.72 | | |

**vizient.**

Vizient, Inc.    290 E John Carpenter Fwy Irving, TX 75062    (972) 830-8660
Tierney Humbles    500 Singleton Blvd Apt 2366 Dallas, TX 75212

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tierney Humbles | Vizient, Inc. | 57590 | 05/16/2026 | 05/31/2026 | 05/29/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 71.08 | 0.00 | 21.08 | 50.00 | 0.00 |
| YTD | 33,312.22 | 3,470.35 | 5,903.65 | 534.78 | 23,403.44 |

| Earnings (Rates are established by employer) | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| *GTL | | | 0 | | 21.18 | OASDI | 4.41 | 1,909.95 |
| *GTL | | | 0 | | 2.61 | Medicare | 1.03 | 446.68 |
| STIP | | | 0 | | 7,735.17 | Federal Withholding | 15.64 | 3,547.02 |
| Floating Holiday | | | 0 | | 271.93 | | | |
| Holiday | | | 0 | | 262.74 | | | |
| PTO | | | 0 | | 1,186.92 | | | |
| AwrdTxbl | 05/16/2026 - 05/31/2026 | 0 | 0 | 71.08 | 71.08 | | | |
| Reg Pay | | | 0 | | 22,542.33 | | | |
| STI -80% | | | 0 | | 1,242.05 | | | |
| Earnings (Rates are established by employer) | | | | 71.08 | 33,336.01 | Employee Taxes | 21.08 | 5,903.65 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k | | 940.00 | Accident | | 53.91 |
| Dental | | 114.84 | CAP | | 128.70 |
| Med-HSA | | 1,422.00 | Hosp Indemnity | | 47.07 |
| Medical | | 944.01 | Offset - Prizes & Awards - Taxable - DPAWOFF | 50.00 | 50.00 |
| Vision | | 49.50 | Roth | | 255.10 |
| Pre Tax Deductions | 0.00 | 3,470.35 | Post Tax Deductions | 50.00 | 534.78 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k-ER | | 717.06 | OASDI - Taxable Wages | 71.08 | 30,805.66 |
| AD/D ER | | 6.25 | Medicare - Taxable Wages | 71.08 | 30,805.66 |
| BasLifeR | | 37.92 | Federal Withholding - Taxable Wages | 71.08 | 29,865.66 |
| DenMetER | | 136.26 | | | |
| HSA ER | | 300.00 | | | |
| Medical ER | | 3,458.07 | | | |
| Employer Paid Benefits | 0.00 | 4,655.56 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Paid Time Off | 8.3334 | 48 | 19.003 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| (Check) | | | | 0.00    USD |

**vizient.**

Vizient, Inc. 290 E John Carpenter Fwy Irving, TX 75062 (972) 830-8660
Tierney Humbles 500 Singleton Blvd Apt 2366 Dallas, TX 75212

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tierney Humbles | Vizient, Inc. | 57590 | 06/01/2026 | 06/15/2026 | 06/15/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,945.98 | 428.45 | 415.67 | 54.98 | 2,046.88 |
| YTD | 39,204.18 | 4,327.25 | 6,734.99 | 644.74 | 27,497.20 |

| Earnings (Rates are established by employer) | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| *GTL | 06/01/2026 - 06/15/2026 | 0 | 0 | 2.76 | 26.70 | OASDI | 165.39 | 2,240.73 |
| *GTL | | | 0 | | 2.61 | Medicare | 38.68 | 524.04 |
| STIP | | | 0 | | 7,735.17 | Federal Withholding | 211.60 | 3,970.22 |
| Floating Holiday | | | 0 | | 271.93 | | | |
| Holiday | | | 0 | | 534.67 | | | |
| PTO | | | 0 | | 2,818.48 | | | |
| AwrdTxbl | | | 0 | | 71.08 | | | |
| Reg Pay | 06/01/2026 - 06/15/2026 | 86.67 | 33.9908 | 2,945.98 | 26,530.80 | | | |
| STI -80% | | | 0 | | 1,242.05 | | | |
| Earnings (Rates are established by employer) | | | | 2,948.74 | 39,233.49 | Employee Taxes | 415.67 | 6,734.99 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k | 147.30 | 1,234.60 | Accident | 5.99 | 65.89 |
| Dental | 12.76 | 140.36 | CAP | 14.30 | 157.30 |
| Med-HSA | 158.00 | 1,738.00 | Hosp Indemnity | 5.23 | 57.53 |
| Medical | 104.89 | 1,153.79 | Offset – Prizes & Awards – Taxable – DPAWOFF | | 50.00 |
| Vision | 5.50 | 60.50 | Roth | 29.46 | 314.02 |
| Pre Tax Deductions | 428.45 | 4,327.25 | Post Tax Deductions | 54.98 | 644.74 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k-ER | 106.06 | 929.18 | OASDI - Taxable Wages | 2,667.59 | 36,140.84 |
| AD/D ER | 0.71 | 7.67 | Medicare - Taxable Wages | 2,667.59 | 36,140.84 |
| BasLifeR | 4.33 | 46.58 | Federal Withholding - Taxable Wages | 2,520.29 | 34,906.24 |
| DenMetER | 15.14 | 166.54 | | | |
| HSA ER | | 300.00 | | | |
| Medical ER | 384.23 | 4,226.53 | | | |
| Employer Paid Benefits | 510.47 | 5,676.50 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Paid Time Off | 8.3334 | 0 | 27.3364 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Aspiration | Aspiration Checking/Spend Account | ******7770 | | 1,023.44 | USD |
| Chime | Chime ******6225 | ******6225 | | 511.72 | USD |
| Details Not Displayed | | | 511.72 | | |

**vizient.**

Vizient, Inc.    290 E John Carpenter Fwy Irving, TX 75062    (972) 830-8660
Tierney Humbles    500 Singleton Blvd Apt 2366 Dallas, TX 75212

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tierney Humbles | Vizient, Inc. | 57590 | 06/16/2026 | 06/30/2026 | 06/30/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,945.99 | 428.45 | 415.67 | 54.98 | 2,046.89 |
| YTD | 42,150.17 | 4,755.70 | 7,150.66 | 699.72 | 29,544.09 |

| Earnings (Rates are established by employer) | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| *GTL | 06/16/2026 - 06/30/2026 | 0 | 0 | 2.76 | 29.46 | OASDI | 165.39 | 2,406.12 |
| *GTL | | | 0 | | 2.61 | Medicare | 38.68 | 562.72 |
| STIP | | | 0 | | 7,735.17 | Federal Withholding | 211.60 | 4,181.82 |
| Floating Holiday | | | 0 | | 271.93 | | | |
| Holiday | 06/16/2026 - 06/30/2026 | 8 | 33.9908 | 271.93 | 806.60 | | | |
| PTO | 06/16/2026 - 06/30/2026 | 4 | 33.9908 | 135.97 | 2,954.45 | | | |
| AwrdTxbl | | | 0 | | 71.08 | | | |
| Reg Pay | 06/16/2026 - 06/30/2026 | 74.67 | 33.9908 | 2,538.09 | 29,068.89 | | | |
| STI -80% | | | 0 | | 1,242.05 | | | |
| Earnings (Rates are established by employer) | | | | 2,948.75 | 42,182.24 | Employee Taxes | 415.67 | 7,150.66 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k | 147.30 | 1,381.90 | Accident | 5.99 | 71.88 |
| Dental | 12.76 | 153.12 | CAP | 14.30 | 171.60 |
| Med-HSA | 158.00 | 1,896.00 | Hosp Indemnity | 5.23 | 62.76 |
| Medical | 104.89 | 1,258.68 | Offset – Prizes & Awards – Taxable – DPAWOFF | | 50.00 |
| Vision | 5.50 | 66.00 | Roth | 29.46 | 343.48 |
| Pre Tax Deductions | 428.45 | 4,755.70 | Post Tax Deductions | 54.98 | 699.72 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k-ER | 106.06 | 1,035.24 | OASDI - Taxable Wages | 2,667.60 | 38,808.44 |
| AD/D ER | 0.71 | 8.38 | Medicare - Taxable Wages | 2,667.60 | 38,808.44 |
| BasLifeR | 4.33 | 50.91 | Federal Withholding - Taxable Wages | 2,520.30 | 37,426.54 |
| DenMetER | 15.14 | 181.68 | | | |
| HSA ER | | 300.00 | | | |
| Medical ER | 384.23 | 4,610.76 | | | |
| Employer Paid Benefits | 510.47 | 6,186.97 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Paid Time Off | 8.3334 | 12 | 23.6698 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Aspiration | Aspiration Checking/Spend Account | ******7770 | | 1,023.45 | USD |
| Chime | Chime ******6225 | ******6225 | | 511.72 | USD |
| Details Not Displayed | | | 511.72 | | |

**vizient.**

Vizient, Inc.    290 E John Carpenter Fwy Irving, TX 75062    (972) 830-8660
Tierney Humbles    500 Singleton Blvd Apt 2366 Dallas, TX 75212

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tierney Humbles | Vizient, Inc. | 57590 | 07/01/2026 | 07/15/2026 | 07/15/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,945.97 | 428.45 | 415.67 | 54.98 | 2,046.87 |
| YTD | 45,096.14 | 5,184.15 | 7,566.33 | 754.70 | 31,590.96 |

| Earnings (Rates are established by employer) | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| *GTL | 07/01/2026 - 07/15/2026 | 0 | 0 | 2.76 | 32.22 | OASDI | 165.39 | 2,571.51 |
| *GTL | | | 0 | | 2.61 | Medicare | 38.68 | 601.40 |
| STIP | | | 0 | | 7,735.17 | Federal Withholding | 211.60 | 4,393.42 |
| Floating Holiday | | | 0 | | 271.93 | | | |
| Holiday | 07/01/2026 - 07/15/2026 | 8 | 33.9908 | 271.93 | 1,078.53 | | | |
| AwrdTxbl | | | 0 | | 71.08 | | | |
| Reg Pay | 07/01/2026 - 07/15/2026 | 78.67 | 33.9908 | 2,674.05 | 31,471.01 | | | |
| STI -80% | | | 0 | | 1,242.05 | | | |
| PTO | 06/16/2026 - 06/30/2026 | -4 | 33.9908 | -135.97 | | | | |
| PTO | 06/16/2026 - 06/30/2026 | 12 | 33.9908 | 407.89 | 3,226.37 | | | |
| Details Not Displayed | | | | -271.93 | 0.00 | | | |
| Earnings (Rates are established by employer) | | | | 2,948.73 | 45,130.97 | Employee Taxes | 415.67 | 7,566.33 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k | 147.30 | 1,529.20 | Accident | 5.99 | 77.87 |
| Dental | 12.76 | 165.88 | CAP | 14.30 | 185.90 |
| Med-HSA | 158.00 | 2,054.00 | Hosp Indemnity | 5.23 | 67.99 |
| Medical | 104.89 | 1,363.57 | Offset - Prizes & Awards - Taxable - DPAWOFF | | 50.00 |
| Vision | 5.50 | 71.50 | Roth | 29.46 | 372.94 |
| Pre Tax Deductions | 428.45 | 5,184.15 | Post Tax Deductions | 54.98 | 754.70 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k-ER | 106.06 | 1,141.30 | OASDI - Taxable Wages | 2,667.58 | 41,476.02 |
| AD/D ER | 0.71 | 9.09 | Medicare - Taxable Wages | 2,667.58 | 41,476.02 |
| BasLifeR | 4.33 | 55.24 | Federal Withholding - Taxable Wages | 2,520.28 | 39,946.82 |
| DenMetER | 15.14 | 196.82 | | | |
| HSA ER | 150.00 | 450.00 | | | |
| Medical ER | 384.23 | 4,994.99 | | | |
| Employer Paid Benefits | 660.47 | 6,847.44 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Paid Time Off | 8.3334 | 8 | 24.0032 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Aspiration | Aspiration Checking/Spend Account | ******7770 | | 1,023.44 | USD |
| Chime | Chime ******6225 | ******6225 | | 511.72 | USD |
| Details Not Displayed | | | 511.71 | | |

**vizient.**

Vizient, Inc.    290 E John Carpenter Fwy Irving, TX 75062    (972) 830-8660
Tierney Humbles    500 Singleton Blvd Apt 2366 Dallas, TX 75212

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|-------------|------------------|----------------|------------|--------------|
| Tierney Humbles | Vizient, Inc. | 57590 | 07/16/2026 | 07/31/2026 | 07/31/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|------|-----------|--------------------|----------------|--------------------|---------|
| Current | 2,945.98 | 428.45 | 415.67 | 54.98 | 2,046.88 |
| YTD | 48,255.34 | 5,612.60 | 8,045.22 | 959.68 | 33,637.84 |

| Earnings (Rates are established by employer) | | | | | | Employee Taxes | | |
|------|------|------|------|------|------|------|------|------|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| *GTL | 07/16/2026 - 07/31/2026 | 0 | 0 | 2.76 | 34.98 | OASDI | 165.39 | 2,750.12 |
| *GTL | | | 0 | | 2.61 | Medicare | 38.68 | 643.17 |
| STIP | | | 0 | | 7,735.17 | Federal Withholding | 211.60 | 4,651.93 |
| Floating Holiday | | | 0 | | 271.93 | | | |
| Holiday | | | 0 | | 1,078.53 | | | |
| AwrdTxbl | | | 0 | | 284.30 | | | |
| Reg Pay | 07/16/2026 - 07/31/2026 | 86.67 | 33.9908 | 2,945.98 | 34,145.06 | | | |
| STI -80% | | | 0 | | 1,242.05 | | | |
| PTO | 07/01/2026 - 07/15/2026 | 8 | 33.9908 | 271.93 | 3,498.30 | | | |
| Reg Pay | 07/01/2026 - 07/15/2026 | -78.67 | 33.9908 | -2,674.05 | | | | |
| Reg Pay | 07/01/2026 - 07/15/2026 | 70.67 | 33.9908 | 2,402.12 | | | | |
| Earnings (Rates are established by employer) | | | | 2,948.74 | 48,292.93 | Employee Taxes | 415.67 | 8,045.22 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|------|------|------|------|------|------|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k | 147.30 | 1,676.50 | Accident | 5.99 | 83.86 |
| Dental | 12.76 | 178.64 | CAP | 14.30 | 200.20 |
| Med-HSA | 158.00 | 2,212.00 | Hosp Indemnity | 5.23 | 73.22 |
| Medical | 104.89 | 1,468.46 | Offset - Prizes & Awards - Taxable - DPAWOFF | | 200.00 |
| Vision | 5.50 | 77.00 | Roth | 29.46 | 402.40 |
| Pre Tax Deductions | 428.45 | 5,612.60 | Post Tax Deductions | 54.98 | 959.68 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------|------|------|------|------|------|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k-ER | 106.06 | 1,247.36 | OASDI - Taxable Wages | 2,667.59 | 44,356.83 |
| AD/D ER | 0.71 | 9.80 | Medicare - Taxable Wages | 2,667.59 | 44,356.83 |
| BasLifeR | 4.33 | 59.57 | Federal Withholding - Taxable Wages | 2,520.29 | 42,680.33 |
| DenMetER | 15.14 | 211.96 | | | |
| HSA ER | | 450.00 | | | |
| Medical ER | 384.23 | 5,379.22 | | | |
| Employer Paid Benefits | 510.47 | 7,357.91 | | | |

| | Federal | State | Absence Plans | | | |
|------|---------|-------|------|------|------|------|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Paid Time Off | 8.3334 | 8 | 24.3366 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | | |
|------|------|------|------|------|------|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Aspiration | Aspiration Checking/Spend Account | ******7770 | | 1,023.44 | USD |
| Chime | Chime ******6225 | ******6225 | | 511.72 | USD |
| Details Not Displayed | | | 511.72 | | |