United States Bankruptcy Court

Northern District of Texas

In re:                                                                        Case No. 26-43530-mxm

Tierney Nicole Humbles                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4                          User: admin                                    Page 1 of 2

Date Rcvd: Aug 10, 2026                       Form ID: 309I                                   Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tierney Nicole Humbles, 500 Singleton Blvd Apt 2366, Dallas, TX 75212-4064 |
| 23463680 | + | Banfield Pet Hospital, 3000 S Hulen St Ste 111, Fort Worth, TX 76109-1930 |
| 23463681 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23463685 | + | Cypress At Trinity Groves, 500 Singleton Blvd, Apt 1134, Dallas, TX 75212-4041 |
| 23463686 | + | Department of Justice Tax, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23463688 | + | I C System/Sprint, 444 Hwy 96 E, Saint Paul, MN 55127-2557 |
| 23463689 | + | IQ Data, 21222 30th Dr Se Ste 210, Bothell, TX 98021-7069 |
| 23463695 | + | Norred Law, PLLC, 515 E Border St, Arlington, TX 76010-7402 |
| 23463697 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23463701 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23463704 | + | Tides On Overton Ridge, 5453 Enclave Circle, Fort Worth, TX 76132-3480 |
| 23463705 | + | Trinity Groves Residential III, L.P., 320 Singleton Blvd, Dallas, TX 75212-0106 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: clayton@norredlaw.com | Aug 10 2026 22:14:00 | Clayton Everett, 515 E. Border St., Ste 163, 76010, Arlington, TX 76010 |
| tr | + | Email/Text: 341Docs@ch13ftw.com | Aug 10 2026 22:15:00 | Pam Bassel (NRH), Standing Chapter 13 Trustee, 6851 NE Loop 820, Ste 300, North Richland Hills, TX 76180-6608 |
| 23463679 | ^ | MEBN | Aug 10 2026 22:09:23 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23463681 | + | Email/Text: ljalovec@belaw.com | Aug 10 2026 22:15:00 | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23463682 | ^ | MEBN | Aug 10 2026 22:09:43 | Cherry Technologies Inc, Attn: Bankruptcy, 2261 Market Street #4869, San Francisco, CA 94114-1612 |
| 23463683 | + | Email/Text: ANGIES@GENESISCRED.COM | Aug 10 2026 22:15:00 | Columbia Debt Recovery LLC, dba Genesis, P.O. Box 3630, Everett, WA 98213-8630 |
| 23463684 | ^ | MEBN | Aug 10 2026 22:09:42 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 23463687 | + | Email/Text: EBN@edfinancial.com | Aug 10 2026 22:15:00 | Edfinancial Services, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 23463690 | + | EDI: IRS.COM | Aug 11 2026 02:04:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23463691 | + | Email/Text: dallas.bankruptcy@LGBS.com | Aug 10 2026 22:15:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23463692 | + | Email/Text: dallas.bankruptcy@LGBS.com | | |

District/off: 0539-4      User: admin      Page 2 of 2

Date Rcvd: Aug 10, 2026      Form ID: 309I      Total Noticed: 31

| | | | | |
|---|---|---|---|---|
| | | | Aug 10 2026 22:15:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23463693 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2026 22:21:15 | Lvnv Funding, Llc C/O Resurgent Capital Services, Po Box 1269, Greenville, SC 29602-1269 |
| 23463694 | + | EDI: NFCU.COM | Aug 11 2026 02:04:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 23463696 | + | Email/Text: emccain@pbfcm.com | Aug 10 2026 22:15:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23463699 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 10 2026 22:15:00 | Sunrise Credit Services, Inc., PO Box 9004, Melville, NY 11747-9004 |
| 23463698 | | Email/Text: pacer@cpa.state.tx.us | Aug 10 2026 22:15:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23463700 | ^ | MEBN | Aug 10 2026 22:08:56 | Telecom Self-Reported, Po Box 4500, Allen, TX 75013-1311 |
| 23463702 | + | Email/Text: bcd@oag.texas.gov | Aug 10 2026 22:15:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23463703 | + | Email/Text: collections.pacer@twc.texas.gov | Aug 10 2026 22:15:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23463706 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Aug 10 2026 22:15:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2026      Signature:      /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Tierney Nicole Humbles <br> First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–1029 <br> EIN:  _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN:  _ _ _ _ <br> EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: Northern District of Texas | | Date case filed for chapter:   13    8/10/26 |
| Case number:  26–43530–mxm13 | | |

## Official Form 309I

**Notice of Chapter 13 Bankruptcy Case**                                              10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tierney Nicole Humbles | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 500 Singleton Blvd Apt 2366 <br> Dallas, TX 75212 | |
| 4. | **Debtor's attorney** <br> Name and address | Clayton Everett <br> 515 E. Border St. <br> Ste 163 <br> 76010 <br> Arlington, TX 76010 | Contact phone 817–704–3984 <br><br> Email:  clayton@norredlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Pam Bassel (NRH) <br> Standing Chapter 13 Trustee <br> 6851 NE Loop 820 <br> Ste 300 <br> North Richland Hills, TX 76180 | Contact phone 817–770–8500 <br><br> Email:  341docs@ch13ftw.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at  https://pacer.uscourts.gov. | 501 W. Tenth Street <br> Fort Worth, TX 76102 | Hours open: <br> Mon.–Fri. 8:30–4:30 <br><br> Contact phone 817–333–6000 <br><br> Date: 8/10/26 |

**For more information, see page 2**

Debtor  **Tierney Nicole Humbles**                                                                  Case number **26–43530–mxm13**

| **7. Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 16, 2026 at 12:45 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**For the Dallas and Fort Worth Divisions Only:**<br>The specific time for this meeting will be assigned by the trustee indicated in section #5 of this notice. For futher detailed information please visit the trustee's website at:<br>Tom Powers Website: http://dallasch13.com<br>Pam Bassel (Hurst) Website: https://www.13network.com/trustees/fww/fwwhome.aspx<br>Pam Bassel (NRH), formerly Tim Truman's office Website: https://www.13network.com/trustees/ftw/ftwhome.aspx | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 235 733 1135, and Passcode 7436509240, OR call 1–469–796–0257**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |
|---|---|---|
| **8. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:**<br><br>**Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 11/16/26**<br><br><br><br>**Filing deadline: 10/19/26**<br><br>**Filing deadline: 2/6/27**<br><br><br><br>**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |