**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No: 26-43530-MXM** |
| | § | |
| **TIERNEY NICOLE HUMBLES, xxx-xx-1029**<br>**500 SINGLETON BLVD #2366**<br>**DALLAS, TX 75212** | §<br>§<br>§ | **Chapter 13**<br><br>**Court Hearing: Thursday, October 15, 2026 at 8:30 AM** |
| **Debtor** | § | |

**NOTICE OF**
**DEADLINE FOR OBJECTION TO CONFIRMATION**

**October 06, 2026** is the last day for filing Objection**s** to Confirmation of Debtor's Chapter 13 Plan filed on or about August 10, 2026. Objections shall be in writing and filed with the **US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX 76102.**

**CONFIRMATION HEARING**

If an Objection to Confirmation of Debtor's Chapter 13 Plan is timely filed and not resolved, then this matter will be called at the docket call to be held at **8:30 AM** on **Thursday, October 15, 2026** at the U.S. Bankruptcy Court, **501 W. 10th Street, Room 128, Fort Worth, TX 76102 or by WebEx at: https://us-courts.webex.com/meet/Mullin, Meeting ID: 2310 650 8783 (for Telephone Dial-In 1-650-479-3207).**, with the hearing on the matter immediately following the conclusion of the docket call.

GENERAL ORDER 2026-01 governs Chapter 13 cases in the Northern District of Texas. A copy may be obtained from the Court's Website www.txnb.uscourts.gov, or from the Chapter 13 Trustee's website http://www.13network.com/trustees/ftw/ftwhome.asp, or call the Trustee for a free copy at 817-770-8500.

/s/ Pam Bassel
Pam Bassel, Chapter 13 Trustee
Bar No. 20258000
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
(817) 770-8500
Website: www.13network.com

**CERTIFICATE OF SERVICE**

This is to Certify that a true and correct copy of the above and foregoing Notice was served on the parties listed below in the manner listed below on or before September 15, 2026.

/s/ Pam Bassel
Pam Bassel

**ELECTRONIC SERVICE:**
NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX 76010
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242

**BY FIRST CLASS MAIL:**

ATTORNEY GENERAL OF TEXAS, Attn: Officer/President, COLLECTIONS DIV/BANKRUPTCY SEC, PO BOX 12548, AUSTIN, TX 78711

BANFIELD PET HOSPITAL, Attn: Officer/President, 3000 S HULEN ST STE 111, FORT WORTH, TX 76109

BRACKETT & ELLIS, Attn: Officer/President, 100 MAIN ST, FT WORTH, TX 76102

CHERRY TECHNOLOGIES INC, Attn: Officer/President, 2261 MARKET ST #4869, SAN FRANCISCO, CA 94114

COLUMBIA DEBT RECOVERY LLC, Attn: Officer/President, PO BOX 3630, EVERETT, WA 98213

CORNERSTONE, Attn: Officer/President, PO BOX 82561, LINCOLN, NE 68501

CYPRESS AT TRINITY GROVES, Attn: Officer/President, 500 SINGLETON BLVD APT 1134, DALLAS, TX 75212

DEPT OF JUSTICE - TAX DIVISION, Attn: Officer/President, 1700 PACIFIC AVE #3700, DALLAS, TX 75201-0000

I C SYSTEM SPRINT, Attn: Officer/President, 444 HWY 96 E, SAINT PAUL, MN 55127

INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101

IQ DATA INTERNATIONAL, Attn: Officer/President, PO BOX 39, BOTHELL, WA 98041-0000

LINEBARGER GOGGAN BLAIR & SAMPSON LLP, Attn: Officer/President, 3500 MAPLE AVE #800, DALLAS, TX 75219-0000

LINEBARGER GOGGAN BLAIR ET AL, Attn: Officer/President, 100 THROCKMORTON #1700, FT WORTH, TX 76102-0000

LVNV FUNDING, Attn: Officer/President, C/O RESURGENT CAPITAL SERVICES, PO BOX 1269, GREENVILLE, SC 29602-0000

NAVY FEDERAL CREDIT UNION, Attn: Officer/President, PO BOX 3000, MERRIFIELD, VA 22119

PERDUE BRANDON FIELDER COLLINS AND MOTT, Attn: Officer/President, 500 E BORDER ST #640, ARLINGTON, TX 76010-0000

RICK BARNES TAX ASSESSOR/COLLECTOR, Attn: Officer/President, 100 E WEATHERFORD ST, FT WORTH, TX 76196

SUNRISE CREDIT SERVICES, Attn: Officer/President, PO BOX 9004, MELVILLE, NY 11747

TARRANT COUNTY TAX COLLECTOR, Attn: Officer/President, DELINQUENT TAX DEPARTMENT, 100 E WEATHERFORD ST, FORT WORTH, TX 76196

TELECOM SELF REPORTED, Attn: Officer/President, PO BOX 4500, ALLEN, TX 75013-0000

TEXAS ALCOHOLIC BEVERAGE COMM, Attn: Officer/President, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX 78711

TEXAS COMPTROLLER PUBLIC ACCTS, Attn: Officer/President, REVENUE ACCOUNTING DIV/BANKRUP, PO BOX 13528, AUSTIN, TX 78711

TEXAS WORKFORCE COMMISSION, Attn: Officer/President, TAX DEPT COLLECTION FKA TEC, BANKRUPTCY ROOM 556-A, AUSTIN, TX 78778-0000

TIDES ON OVERTON RIDGE, Attn: Officer/President, 5453 ENCLAVE CIRCLE, FORT WORTH, TX 76132

TIERNEY NICOLE HUMBLES, 500 SINGLETON BLVD #2366, DALLAS, TX 75212-0000

TRINITY GROVES RESIDENTIAL II LP, Attn: Officer/President, 320 SINGLETON BLVD, DALLAS, TX 75212-0000

UNITED STATES ATTORNEY, CIVIL PROCESS CLERK, 1100 COMMERCE ST #300, DALLAS, TX 75242

US ATTORNEY GENERAL, US DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVE NW, WASHINGTON, DC 20530

**BY FIRST CLASS MAIL:**

US DEPARTMENT OF JUSTICE, Attn: Officer/President, 10TH & CONSTITUTION NW, WASHINGTON, DC 20530-0000

US DEPT OF EDUCATION, Attn: Officer/President, PO BOX 790322, ST LOUIS, MO 63179-0000

US DEPT OF EDUCATION, Attn: Officer/President, EDFINANCIAL SERVICES, 120 N SEVEN OAKS DR, KNOXVILLE, TN 37922-0000