**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:**
**TIERNEY NICOLE HUMBLES** **Case No. 26-43530-MXM**

**DEBTOR(S),**

**REPORT OF ( CONCLUDED) SECTION 341 MEETING**
**AND TRUSTEE'S RECOMMENDATION CONCERNING CONFIRMATION**

**Meeting Information:** Meeting Date: September 16, 2026
Original Date: September 16, 2026

1. Debtor(s) Appeared? D1: **YES**
ID Checked: **YES**
SS Checked: **YES**

2. Debtor(s) attorney/paralegal appeared? **YES** Debtor(s) attorney\firm: **Clayton Everett**
*representing* **NORRED LAW PLLC**

3. Creditors Appeared: **None** *representing*

4. **341 Meeting: CONCLUDED**

5. Payment Information:

| | | | |
|---|---|---|---|
| Current monthly payment per Plan: | **$555.00** | First Payment due: | **9/9/2026** |
| $ rec'd as of 9/18/2026 | **$555.00** | Length of Plan: | **60 months** |
| Base Amount per Plan: | **$33,300.00** | | |

**Confirmation Issues: REFER TO LEGAL: NO**

The tests for Confirmation have/have not been met, as follows:

**Y** 6. Disposable Income(monthly): **$537.94** x **60** ACP = Unsecured Pool per Trustee: **$32,276.40**

**Y** 7. Base Amount is sufficient. UCP per Plan: **$33,036.60**

**Y** 8. Debtor is Eligible (Unsecured & Priority under $419,275.00; Secured under $1,257,850.00.)

**Y** 9. Best Interest: Exemptions: Federal: **YES** State:

Non-exempt Property Description and Equity in each item:
Total Equity in non-exempt prop. $ **0.00** Total Non-Exempt Equity per Plan: **$0.00**

**Y** 11. Exemptions Proper: If no, explain:

**Y** 12. Feasibility: Surplus per I & J: **$560.70**

_ Step _ Balloon _ Unemployed _ Negative Surplus/ Insuff Surplus _ Projected Income Other:

Plan Payments:

| Which Debtor | Start Date | Pmt Amt | Frequency | # of Periods |
|---|---|---|---|---|
| D1 | 09/09/2026 | $555.00 | MO | 60 |

**Y** 13. Good Faith Petition and Plan:

a. Plan Payment at least 90 % I minus J $ **$504.63**

b. Plan **does not** contain non-standard language.

c. Other:

**N/A** 14. Domestic Support Obligation: Debtor testified that all post-petition DSO have been paid.

**Y** 15. Debtor testified that previous 4 years tax returns have been filed with the IRS. If no, year(s) not filed:

Year(s) not provided to Trustee's office:

**N** 16. Business Case Meeting Required?

**Y** 17. Debtor Attorney Fees meet Guidelines.

By: /s/ Angela Allen
Angela Allen
Presiding Officer

---

18. Legal Department Notes: Trustee recommends confirmation based on the above representations except:

Objection to be Filed?: **NO**

Objection Type: **No Objection Needed**

By: Angela Allen
Attorney for Trustee / Trustee